# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-744-688**

Effective date of registration:

October 22, 2014

## Title
- **Title of Work:** The Cobbler

## Completion/Publication
- **Year of Completion:** 2014

## Author
- **Author:** Cobbler Nevada, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Cobbler Nevada, LLC
  116 North Robertson Boulevard, Suite 200, Los Angeles, CA, 90048, United States

## Limitation of copyright claim
- **Material excluded from this claim:** script/screenplay
- **Previous registration and year:** PAu003742177
- **New material included in claim:** all other cinematographic material, additional new footage, production as a motion picture, editing, photography, dialogue, music, special effects

## Certification
- **Name:** Emilie Kennedy
- **Date:** October 19, 2014

# EXHIBIT B

The Cobbler 1-29.xls

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 50.202.14.189 | 3/14/15 11:06:15 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Chicago | Cook |
| 2 | 73.208.198.147 | 3/14/15 07:05:28 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Chicago | Cook |
| 3 | 71.194.96.212 | 3/14/15 06:44:49 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Glenview | Cook |
| 4 | 98.222.253.18 | 3/14/15 05:50:48 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Chicago | Cook |
| 5 | 98.220.106.244 | 3/14/15 05:34:53 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Elgin | Kane |
| 6 | 67.176.233.252 | 3/14/15 05:15:00 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Mount Prospect | Cook |
| 7 | 98.214.108.40 | 3/14/15 04:01:25 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Rockford | Winnebago |
| 8 | 73.45.203.152 | 3/14/15 01:46:40 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Bolingbrook | Will |
| 9 | 73.9.253.186 | 3/14/15 10:25:22 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Chicago | Cook |
| 10 | 76.23.68.95 | 3/14/15 07:22:08 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Waukegan | Lake |
| 11 | 98.213.224.2 | 3/14/15 07:11:56 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Rockford | Winnebago |
| 12 | 73.208.234.233 | 3/14/15 06:39:31 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Des Plaines | Cook |
| 13 | 73.45.24.49 | 3/14/15 04:55:55 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Chicago | Cook |
| 14 | 73.208.76.217 | 3/14/15 04:28:14 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Chicago | Cook |
| 15 | 69.136.6.149 | 3/14/15 04:20:37 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Wonder Lake | McHenry |
| 16 | 98.206.234.36 | 3/14/15 03:46:58 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Palos Hills | Cook |
| 17 | 76.16.2.13 | 3/14/15 03:06:32 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Downers Grove | DuPage |
| 18 | 67.162.27.56 | 3/14/15 02:17:44 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Chicago | Cook |
| 19 | 98.215.68.8 | 3/14/15 02:02:37 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Chicago | Cook |
| 20 | 69.47.5.197 | 3/14/15 01:42:55 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | WideOpenWest | Illinois | Chicago | Cook |
| 21 | 76.16.153.233 | 3/14/15 01:21:11 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Harvey | Cook |
| 22 | 71.194.212.99 | 3/14/15 12:18:57 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Chicago | Cook |
| 23 | 76.29.211.169 | 3/14/15 12:04:35 AM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Streamwood | Cook |
| 24 | 67.163.11.52 | 3/13/15 11:25:14 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Plainfield | Will |
| 25 | 71.239.18.42 | 3/13/15 10:15:28 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Palos Hills | Cook |
| 26 | 98.212.188.58 | 3/13/15 10:06:47 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Des Plaines | Cook |
| 27 | 67.176.151.3 | 3/13/15 09:37:10 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Chicago | Cook |
| 28 | 98.206.245.68 | 3/13/15 08:08:33 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Chicago | Cook |
| 29 | 98.253.98.248 | 3/13/15 07:01:05 PM | The.Cobbler.2014.HDRip.XViD-juggs[ETRG] | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Comcast Cable | Illinois | Chicago | Cook |